

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2019

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

      Re:    <u>United States</u> v. <u>Kevin Scott</u>, 13 Cr. 962 (WHP)

Dear Judge Pauley:

      The Government writes, with the consent of the defense, to respectfully request that the Court vacate the bench warrant issued on November 8, 2019 and set a date for the parties to appear.

      On November 8, 2019, the Court issued a bench warrant for Mr. Scott's arrest based upon his failure to appear for a violation of supervised release conference.  On November 14, 2019, the defense advised the Government that Mr. Scott had been hospitalized during the preceding week, and that Mr. Scott had thereafter entered a 28-day inpatient drug treatment program.  On November 18, 2019, the United States Marshals Service visited the treatment program location and confirmed that Mr. Scott is present and receiving inpatient care.  Mr. Scott remains at the program.

      Defense counsel will be on trial in the Northern District of New York beginning on December 16, 2019.  Accordingly, the parties respectfully request that the Court vacate the bench warrant and set a date for the parties to appear during the second week of January 2020 or later.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

Application granted.  Warrant vacated.  Conference scheduled for January 24, 2020 at 4:00 p.m.

by: /s/ Alexander Li
     Alexander Li
     Assistant United States Attorney
     (212) 637-2265

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

November 19, 2019