UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

    -against- : 13 Cr. 962

KEVIN SCOTT, : <u>ORDER</u>

              Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

    The defendant, Kevin Scott, USM# 69097-054, is remanded to the custody of the United States Marshals.

Dated: January 29, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.