UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

        -against-                                        :           13 Cr. 962 (WHP)

Kevin Scott,                                              :           ORDER
                          Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        This Court will hold a teleconference regarding Mr. Scott's post-release supervision. The dial in for the teleconference is 888-363-4749 and the passcode is 3070580.

Dated: October 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.