UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA, :

      -against- : 13 Cr. 962 (WHP)

Kevin Scott, : ORDER
                    Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        This Court will hold a teleconference regarding Mr. Scott's post-release supervision on Monday, November 16, 2020 at 2:30 p.m.. The dial in for the teleconference is 888-363-4749 and the passcode is 3070580.

Dated: November 12, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.