UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                        :

        -against-                                          :        13 Cr. 962 (WHP)

Kevin Scott,                                                    :        <u>ORDER</u>
                        Defendant.            :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        This Court will hold a teleconference regarding Mr. Scott's post-release supervision on Wednesday, January 13, 2021, at 11:00 a.m. The dial in for the teleconference is 888-363-4749 and the passcode is 3070580.

Dated:  January 12, 2021
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.