UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                              :        13 Cr. 962 (WHP)

Kevin Scott,                                              :        <u>ORDER</u>
                           Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        The teleconference scheduled for February 17, 2021 is adjourned to a date to be determined.

Dated: February 16, 2021
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.