UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                     :         13 Cr. 962 (WHP)

Kevin Scott,                                                    :         <u>ORDER</u>
                Defendant.              :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        This Court will hold a teleconference regarding Mr. Scott's post-release supervision on May 6 2021, at 3:00 p.m. The dial in for the teleconference is 888-363-4749 and the passcode is 3070580.

Dated: May 6, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.