UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                       :          13 Cr. 962 (WHP)

Kevin Scott,                                             :          <u>ORDER</u>
                      Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

        The warrant issued on May 13, 2021 for Mr. Scott's arrest is hereby vacated.

Dated: June 15, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.