LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE  
35TH FLOOR  
NEW YORK, NY 10016

60 PARK PLACE  
SUITE 1101  
NEWARK, NJ 07102

TEL (917) 974-1781  
FAX (212) 208-2981

TEL (973) 648-6777  
FAX (212) 208-2981

February 21, 2022

**Via ECF**  
Hon. John G. Koeltl, U.S.D.J.  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, NY 10007

*[Handwritten: Adjourned to Thursday, March 17, 2022, at 3:00PM. SO ORDERED. /s/ JGK USDJ 2/23/22]*

Re:   United States v. Kevin Scott  
         13 Cr. 962

Dear Judge Koeltl:

I represent Kevin Scott in the above-referenced matter. I write the Court seeking an adjournment of the September 24, 2022 Status Conference.

I was originally scheduled to start a trial on February 15, 2022, in *People v. Ryan Backes*, Supreme Court of New York (Indictment No. 1784/18). The trial was adjourned and on February 18, 2022, I was advised by the court that the matter has been assigned to a trial judge and a trial will start on February 23, 2022. I anticipate the case will last no more than two weeks. Please disregard my previous filing, which incorrectly had September 23, 2022, as the trial's start date.

Mr. Scott is currently on bail since his release and has been compliant with his Pretrial supervision. AUSA Alexander Li consents to my adjournment request.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc: All Government Counsel of Record