UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                              13-cr-962 (JGK)

KEVIN SCOTT,                                    ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, another conference is scheduled for **May 23, 2022, at 11:30 a.m.** Additionally, on agreement by the parties, the defendant's conditions of supervised release are modified to change location monitoring to stand-alone location monitoring. The other conditions of supervised release continue as previously provided.

SO ORDERED.

Dated:    New York, New York
            March 31, 2022

                                                John G. Koeltl
                                          United States District Judge