UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-                                                      13 cr 962 (JGK)

KEVIN R. SCOTT,                                                 **ORDER**
                        Defendant.
------------------------------------------------------------X

        Upon the consent of the defendant and Probation Department, after a conference on June 29, 2022, the Court dismisses all pending specifications on the motion of the Government. The defendant's term of supervised release has, therefore, expired.

**SO ORDERED.**

                                                                           **JOHN G. KOELTL**
                                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          July 5, 2022